**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00941-RFB-VCF<br><br>**ORDER TO PRODUCE<br>JEFFREY WILLIAMS** |

TO:　　JAMES COX, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　ROBERT LEGRAND, LOVELOCK CORRECTIONAL CENTER
　　　　LOVELOCK, NV

**THE COURT HEREBY FINDS** that **JEFFREY WILLIAMS, #52553,** is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall produce **JEFFREY WILLIAMS, #52553, to appear telephonically**, on Wednesday, October 8, 2014 at the hour of 1:30 p.m., to attend a status hearing regarding discovery and dispositive motions in the instant matter and shall arrange for his telephonic appearance on said date as may be ordered and directed by the Court entitled above.

**DATED** this 3rd day of October, 2014.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**