**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | 2:13-cv-00941-RFB-VCF<br><br>**<u>AMENDED ORDER</u>** |

On October 16, 2014, Minutes of Proceedings (#41) were entered referring this case to the undersigned Magistrate Judge for discovery.

Accordingly,

IT IS HEREBY ORDERED that, on or before October 24, 2014, the parties must MEET AND CONFER regarding discovery and, on or before November 3, 2014, the parties must file a Stipulated Discovery Plan and Scheduling Order.

Dated this 17th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE