# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JEFFREY WILLIAMS, | |
| Plaintiff, | 2:13-cv-941-RFB-VCF |
| | **ORDER** |
| vs. | |
| NEVADA DEPT. OF CORRECTIONS; *et al.,* | |
| Defendants. | |

Before the court is the Motion to Extend Time to Submit Confidential Settlement Brief (#71). Defense counsel seeks to reschedule the June 26, 2015 settlement conference because he will be out of the country from June 10, 2015 to June 29, 2015.  *Id.*

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for June 26, 2015 is VACATED.  Defense counsel must contact the undersigned's chambers by July 3, 2015 to reschedule the settlement conference.

DATED this 11th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE