# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA DEPT. OF CORRECTIONS, *et al.*,<br><br>        Defendants. | 2:13-cv-00941-JAD-VCF<br>**<u>ORDER</u>** |

Before the court is Defendant Charles Ratcliff's Motion to Submit Medical Records Under Seal (#79). Defendant seeks to seal Exhibit C to the Motion for Summary Judgment. Exhibit C consists of Plaintiff's medical records. Defendant has given sufficient reason to grant the motion to seal.

Accordingly,

IT IS HEREBY ORDERED that Defendant Charles Ratcliff's Motion to Submit Medical Records Under Seal (#79) is GRANTED.

DATED this 29th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE