# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JEFFREY WILLIAMS, | |
| Plaintiff, | 2:13-cv-00941-RFB-VCF |
| vs. | **ORDER** |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, | |
| Defendants. | |

A settlement conference was scheduled for 10:00 a.m., October 23, 2015.

IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 a.m., October 23, 2015 is advanced to 9:00 a.m., October 23, 2015.  All else as stated in the order scheduling the settlement conference (#75) remains the same.

DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE