ADAM PAUL LAXALT
Nevada Attorney General
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876
Office of the Attorney General
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-2625
F: (702) 486-3773
etran@ag.nv.gov
*Attorneys for Defendant Charles Ratcliff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DEPT. OF CORRECTIONS, JAMES GREG COX, DIRECTOR, DWIGHT W. NEVEN, WARDEN OF HDSP, C. RATCLIFF, CERT. OFFICER,<br><br>    Defendants. | CASE NO.: 2:13-cv-00941-RFB-VCF<br><br>**MOTION FOR EXTENSION OF TIME TO SUBMIT STIPULATION AND ORDER FOR DISMISSAL** |

Defendant Charles Ratcliff (hereinafter, "Defendant"), by and through his attorneys of record, Attorney General ADAM PAUL LAXALT, and Deputy Attorney General ERIC N. TRAN, of the State of Nevada, Office of the Attorney General, hereby submits this Motion for Extension of Time to Submit Stipulation and Order for Dismissal.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is a civil rights action filed by Plaintiff Jeffrey Williams who is an inmate currently in the custody of the Nevada Department of Corrections. Plaintiff's Complaint alleges that Defendant Charles Ratcliff, a Corrections Officer, violated his Eighth Amendment by using excessive force on August 28, 2012.

/ / /

/ / /

1

On October 23, 2015, the parties conducted a settlement conference. The parties reached a settlement in the case and the settlement was placed on the record. This Court then ordered the parties to submit settlement/dismissal documents by November 30, 2015. On November 24, 2015, Defendant's counsel was involved in a motor vehicle accident and injured his back. In addition, Defendant's counsel was out of town from November 25, 2015 to November 29, 2015 for the Thanksgiving Holiday. These events have impacted Defendant's counsel's ability to submit the settlement/dismissal documents by the November 30, 2015 deadline. As such, Defendant's counsel requests a seven (7) day extension up to December 7, 2015 to submit the settlement / dismissal documents.

FRCP 6 (b)(1) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires."

Based on the foregoing, Defendant requests a seven (7) day extension of time from the present deadline up to December 7, 2015, to submit the settlement / dismissal documents.

DATED this 30th day of November, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Eric N. Tran
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No.: 11876
*Attorneys for Defendant Charles Ratcliff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 30th day of November, 2015, I served the foregoing **MOTION FOR EXTENSION OF TIME TO SUBMIT STIPULATION AND ORDER FOR DISMISSAL** by causing a true and correct copy thereof to be filed with the Clerk of the Court using the CM/ECF system and by causing a true and correct copy thereof to be served via U.S. Mail, Postage Prepaid addressed to the following:

>JEFFREY WILLIAMS, #52553
>LOVELOCK CORRECTIONAL CENTER
>1200 PRISON ROAD
>LOVELOCK, NEVADA  89412
>*Plaintiff Pro Se*

  /s/ Diane Q. Resch
An employee of the Office of the Attorney General

3